# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Heidi Davonne Brown ,

[You are the **PLAINTIFF**, print your full name on this line.]

v.

H & A Prosper LLC

[The **DEFENDANT** is who you are suing. Put **ONE** name on this line. List **ALL** defendants below, including this one.]

FILED

JAN 24 2025

At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number 3:25cv 75 CCB-SJF

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] H & A Prosper LLC | 3001 Jefferson Blvd. South Bend, IN 46615 |
| 2 | [Put the names of any other defendants in these boxes.] Keely Properties | 3001 Jefferson Blvd South Bend, IN 46615 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? _2_

2. What is your address? 117 N. Lafeyette Blvd, South Bend, IN 46601 (mail only)

3. What is your telephone number: (574) 398 9315

4. Have you ever sued anyone for these exact same claims?

   ⊗ No.

   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. H & A Prosper did violate rights to fair and adequate housing.

2. H & A Prosper did submit misleading information to courts in efforts for gain.

3. H & A Prosper did violate rights to any and all discriminatory biases and prejudices related to race, ethnicity, gender, sex, and many more.

4. H & A Prosper did seek retaliation related to counter claims.

5. H & A Prosper blantantly and intentionally gave false information to authorities.

6. H & A Prosper did knowingly and intentionally over charge for housing and assessed damages.

7. H & A Prosper did commit perjury according to courts.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)

Claims and Facts (continued)

RELIEF – If you win this case, what do you want the court to order the defendant to do?

*to be determined by courts*

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊗ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

*HM*  I will keep a copy of this complaint for my records.

*HM*  I will promptly notify the court of any change of address.

*HM*  I declare **under penalty of perjury** that the statements in this complaint are true.

_____      ___1/24/2025___
Signature                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]